Entered on Docket March 23, 2017

**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

TRACY L SEEFELD,

        Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 14-19161-CMA

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 28). The Trustee and debtor agrees that the debtor did not turnover $3,000.00 in tax refunds to the Trustee for tax years 2014 and 2015. Based on the agreement of the parties, it is

ORDERED that:

1) The debtor's monthly plan payment shall increase to $692.00 for the duration of her Chapter 13 plan beginning April, 2017;

2) By April 15, 2017, the debtor shall provide the Trustee with a copy of her filed 2016 federal income tax return. If the debtor receives a tax refund, she shall pay the Trustee the entire refund amount so that the funds are received and posted by the Trustee by July 5, 2017;

3) By April 15, 2018, the debtor shall provide the Trustee with a copy of her filed 2017 federal income tax return. If the debtor receives a tax refund, she shall pay the entire refund amount to the Trustee so that the funds are received and posted by the Trustee by July 5, 2018;

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 14-19161-CMA    Doc 31    Filed 03/23/17    Ent. 03/23/17 11:24:37    Pg. 1 of 2

4) By April 15, 2019, the debtor shall provide the Trustee with a copy of her filed 2018 federal income tax return. If the debtor receives a tax refund, she shall pay the entire refund amount to the Trustee so that the funds are received and posted by the Trustee by July 6, 2019;

5) If the debtor fails to comply with any term of this order, the Trustee may submit an *ex parte* order dismissing this case;

6) This order does not affect the rights of creditors or parties in interest under the terms of the debtor's plan.

/ / /End of Order/ / /

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

Approved:

*/s/ Antoinette M. Davis* [approved via email]
Antoinette M. Davis, WSBA #29821
Attorney for Debtor(s)

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 14-19161-CMA    Doc 31    Filed 03/23/17    Ent. 03/23/17 11:24:37    Pg. 2 of 2